UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WM CAPITAL PARTNERS, LLC,

    Plaintiff,

v.

BBJ MORTGAGE SERVICES, INC.,
ET AL.,

    Defendants.
    _____/

No. 10-10359

District Judge Gerald E. Rosen

Magistrate Judge R. Steven Whalen

## ORDER

For the reasons and under the terms stated on the record on July 13, 2010, Plaintiff's Motion for Protective Order [Docket #35] is GRANTED.

Defendants are forbidden from inquiring into the price paid by WMCapital for the purchase of the Promissory Note on which this case is based, and the content of any decision-making or negotiation processes prior to purchase of the Promissory Note.

    IT IS SO ORDERED.


                              S/R. Steven Whalen
                              R. STEVEN WHALEN
                              UNITED STATES MAGISTRATE JUDGE

Dated: July 13, 2010

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on July 13, 2010.

                              S/G. Wilson
                              Judicial Assistant